***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted July 7; in A177988 and A177989, appeal dismissed as moot;
in A177982, A177983, A177984, A177985, A177986, and A177987, affirmed
August 24; petition for review denied November 23, 2022 (370 Or 471)

In the Matter of E. D. V.,
aka E. L. D. V., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU02612; A177982 (Control)

In the Matter of J. D. V.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU02613; A177983

In the Matter of M. D. V.,
aka M. D. V., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU02614; A177984

In the Matter of J. D. V.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU05207; A177985

In the Matter of M. D. V.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU05208; A177986

In the Matter of E. D. V.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
18JU05209; A177987

In the Matter of H. D. S.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
21JU02525; A177988

In the Matter of L. D. S.,
a Child.
DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
*Appellant.*

Clackamas County Circuit Court
21JU02527; A177989

Todd L. Van Rysselberghe, Judge.

Kristen G. Williams filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

MOONEY, J.

In A177988 and A177989, appeal dismissed as moot. In A177982, A177983, A177984, A177985, A177986, and A177987, affirmed.

**MOONEY, J.**

In this consolidated juvenile dependency appeal, mother appeals from eight orders of the juvenile court denying her motions to reinstate visitation with her five children and to accommodate mother's needs with respect to the requested visitation. She raises five assignments of error—one for each child—contending that the juvenile court erred in denying her motions. A detailed explanation of the facts of each child's case would not assist the parties, the bench, or the bar, and we provide only a very limited description as necessary to explain our decision. The dependency cases concerning mother's two youngest children (21JU02525 and 21JU02527) were dismissed after those children were released to the custody of their father. In the absence of any showing by mother that the orders denying visitation in those cases will have a practical effect on her rights, the associated appeals (A177988 and A177989) are moot. *Dept. of Human Services v. A. B.*, 362 Or 412, 426, 412 P3d 1169 (2018). As to the remaining cases concerning mother's three older children, we have reviewed the record and conclude that the juvenile court did not abuse its discretion in denying mother's motions regarding the court's limits on visitation.

In A177988 and A177989, appeal dismissed as moot. In A177982, A177983, A177984, A177985, A177986, and A177987, affirmed.